**DENY; and Opinion Filed July 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00984-CV

### IN RE STAIN DALLAS CONTRACTING, INC., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12846**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Lewis

Relator filed this petition for writ of mandamus requesting that this Court order the trial court to vacate its order requiring relator to disclose its settlement agreement with State Farm Lloyds. The facts and issues are well-known to the parties so we do not recount them here. Mandamus is an extraordinary remedy that is available only in limited circumstances. *CSR Ltd. v. Link,* 925 S.W.2d 591, 596 (Tex. 1996) (orig. proceeding) (citing *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding)). Mandamus is appropriate "only to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no other adequate remedy by law." *Link*, 925 S.W.2d at 596. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004); *Walker,* 827 S.W.2d at 839.

Relator has not met these requirements.  We **DENY** the petition.


/David Lewis/
DAVID LEWIS
JUSTICE

140984F.P05